DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT R. PRONDZINSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00201 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER |
| v. | ) ) | |
| ROBERT R. PRONDZINSKI, | ) ) | Date: September 26, 2011 Time: 9:00 a.m. |
| Defendant. | ) ) | Dept : Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the initial appearance/status conference hearing in the above-entitled matter now scheduled for August 26, 2011, before Magistrate Dennis L. Beck, **may be continued to September 26, 2011 at 9:00 a.m., and set for hearing before the Hon. Oliver W. Wanger.**

This continuance is being requested so that the parties may continue their negotiations and so that Mr. Prondzinski will have time to make travel arrangements from his home in North Dakota.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 15, 2011 | /s/ Henry Z. Carbajal<br>HENRY Z. CARBAJAL, III<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 15, 2011 | /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Robert R. Prondzinski |

**O R D E R**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   August 17, 2011**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE